# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE<br>c/o Mark S. Zaid, P.C.<br>1250 Connecticut Avenue, N.W.<br>Suite 700<br>Washington, D.C. 20036<br><br>      Plaintiff,<br><br>      v.<br><br>THE WASHINGTON POST<br>1301 K Street, NW<br>Washington, D.C. 20071<br><br>      Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No. 19-477<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF BRADLEY P. MOSS, ESQ.**

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this declaration on personal knowledge. This declaration is submitted in support of the Plaintiff's Ex-Parte Combined Motion for Leave to File Complaint Under a Pseudonym and Using Counsel's Address in Violation of LCvR 5.1(e).

2. I am one of the attorneys for the plaintiff, John Doe ("Doe"), in this matter, along with my firm's Managing Partner, Mark S. Zaid ("Mr. Zaid"). I am admitted to practice law in the State of Illinois and the District of Columbia, as well as the U.S. Court of Appeals for the D.C. Circuit and the United States District Courts for the District of Columbia, District of Maryland and the Northern District of Illinois. I have been litigating cases involving the federal government, including with respect to the Freedom of Information Act ("FOIA"), since 2007. I also actively represent individuals associated with or within the intelligence, law enforcement or military communities in

administrative proceedings.

3. I am aware of the true identity of Doe. This case involves a straightforward tort action of defamation and false light. However, the underlying factual information at issue implicates future federal employment opportunities of Doe and is of a personal and sensitive nature. The false and inaccurate statements of fact published by the Defendant directly implicate employment suitability factors with respect to Doe. The continued existence of this false and inaccurate information in publicly available media fora has already resulted in Doe losing at least one offer of employment, and, upon information and belief, it has similarly adversely impacted his ability to gain employment with respect to several other potential opportunities. Indeed, the very first result found in a Google search of Doe's actual and true name is the offending article published by the Defendant and which includes the false statements of material fact.

4. The Defendant is also aware of the true identity of Doe. On behalf of Doe, Mr. Zaid and I have maintained communication with the Defendant regarding the false statements of fact at issue and have provided the Defendant with verifiable evidence that the statements of fact published by the Defendant are inaccurate. To date, however, the Defendant has not yet made any formal determination with respect to issuing a correction to address the false and inaccurate statements of fact it previously published.

5. In order to minimize, if not outright prevent, the continued republication of the false statements of fact in the context of Doe, we are respectfully seeking leave of the Court to maintain his anonymity, as well as to utilize our law firm's mailing address in place of Doe's actual residence. Should Doe's identity be revealed, it would further perpetuate the association of his name with the underlying false statements of fact and

risk undermining the effectiveness of any favorable ruling by this Court and/or issuance of a correction by the Defendant. To require listing Doe's true residential address would, in and of itself, undo the entire purpose of maintaining Doe's anonymity and would result in public association of his true identity with the false statements of fact being challenged in this action.

I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date: February 25, 2019

_____
Bradley P. Moss, Esq.